1 Justin Fok, Esq., CA Bar: 242272
Law Offices of Jean D. Chen
2 2107 N. First Street, Suite 400
San Jose, CA 95131
3 Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
4 Email: jfok@jclawoffice.com
5
6 Attorney for Plaintiff
Yang Li
7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                              COMPLAINT

11
**Yang Li,**                          )    Case No.    C07    05899
12                                    )
              Plaintiff,              )                                    HRL
13                                    )
                                      )
14     v.                             )
                                      )    **PLAINTIFF'S ORIGINAL COMPLAINT**
15 **Michael Chertoff,** Secretary of the )   **FOR WRIT IN THE NATURE OF**
Department of Homeland Security;      )    **MANDAMUS & DECLARATORY**
16 **Emilio T. Gonzalez,** Director of United States )  **JUDGMENT UNDER 28 U.S.C. § 1361**
Citizenship and Immigration Services, )
17                                    )
                                      )    **Immigration Case**
18             Defendants.            )
                                      )
19                                    )
                                      )
20                                    )
                                      )
21                                    )
                                      )
22

23        Plaintiff, Yang Li by and through her attorney of record, opens this lawsuit against the

24 Defendants and will show this Court the following:

25 1.     Plaintiff, Yang Li, brings this case to compel action on the delayed processing of her I-

26 485, *Application to Register Permanent Residence or Adjust Status.*  This application remains

27 within the jurisdiction of the Defendants who have improperly delayed and withheld action on

28 this application to Plaintiff's detriment.

Case No.                              1
Complaint

**PARTIES**

2.    Plaintiff, Yang Li, a resident of San Jose, CA, is the primary applicant of an I-485, *Application to Register Permanent Residence or Adjust Status* ("I-485"), filed with the United States Citizenship and Immigration Services ("USCIS").

3.    Defendant, Michael Chertoff, is the Secretary of the Department of Homeland Security ("DHS"), and this action is brought against him in his official capacity.  Defendant Chertoff is generally charged with enforcement of the Immigration and Nationality Act and its related regulations, which provide for the processing of adjustment of status applications.

4.    Defendant, Emilio T. Gonzalez, is the Director of USCIS, and this action is brought against him in his official capacity.  USCIS is an agency within the DHS to which DHS' authority has, in part, been delegated. Defendant Gonzalez is generally charged with the overall administration of immigration benefits and services, including adjustment of status.

**JURISDICTION**

5.    Jurisdiction in this case is proper under 28 U.S.C. §§ 1331 and 1361, 5 U.S.C. §§ 551, *et seq.* and 701, *et seq.*, and 28 U.S.C. § 2201 *et seq.*  Relief is requested pursuant to said statutes. Additionally, attorney fees and costs will be sought pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and 5 U.S.C. § 504 *et seq.*

**VENUE**

6.    Venue is proper in this honorable Court, pursuant to 28 U.S.C. §1391(e), in that Plaintiff may request a hearing on the matter in the district where Plaintiff resides.

**INTRADISTRICT ASSIGNMENT**

7.    This lawsuit should be assigned to the San Jose Division of this court because a substantial part of the event or omission which give rise to this lawsuit occurred in Santa Clara County.

**EXHAUSTION OF REMEDIES**

8.    Plaintiff has exhausted her administrative remedies. Plaintiff has supplied the USCIS with documents that clearly establish her eligibility to register as a permanent resident, and as

1  will be demonstrated by the evidence, has followed up with numerous inquiries and requests to
2  the pertinent administrative agencies attempting to expedite his delayed application.

3  <center>**CAUSE OF ACTION**</center>

4  9.    Plaintiff ("Ms. Li") properly filed an I-485, *Application to Register Permanent Residence*
5  *or Adjust Status* with the USCIS on August 4, 2003. (**EXHIBIT 1**)

6  10.   On or around October 13, 2004 Plaintiff's attorney, Mike Molitz and his assistant, Katy
7  Fick, submitted an official inquiry on Plaintiff's behalf as to the status of her I-485 application.
8  (**EXHIBIT 2**)

9  11.   On or around February 14, 2005 Plaintiff's attorney, Mike Molitz, again submitted an
10 inquiry as to the status of her I-485 application. On March 4, 2005, Attorney Molitz's office
11 received a response indicating that the case was still undergoing security checks. (**EXHIBIT 3**)

12 12.   On June 8, 2005 Plaintiff received a notice from the USCIS California Service Center
13 ("CSC") stating that they were experiencing a backlog and that her previous inquiry would be
14 addressed by August 31, 2005. (**EXHIBIT 4**)

15 13.   On October 11, 2005 Plaintiff appeared at the USCIS San Jose Application Support
16 Center to submit her fingerprints. (**EXHIBIT 5**)

17 14.   On or around May 25, 2006 Plaintiff's attorney again submitted an official inquiry with
18 USCIS as to the status of Plaintiff's application. (**EXHIBIT 6**)

19 15.   On June 8, 2006 Plaintiff appeared for an Infopass appointment at the USCIS San Jose
20 Office and was informed that her application was still pending in the name check. (**EXHIBIT 7**)

21 16.   On February 13, 2007 Plaintiff inquired with the USCIS CSC as to the status of her
22 application and in a response dated March 23, 2007 Plaintiff was informed that her application
23 was transferred to the Texas Service Center ("TSC"). (**EXHIBIT 8**)

24 17.   On March 5, 2007 Plaintiff received an e-mail update regarding the status of her
25 application, and was informed that her application was transferred to the Nebraska Service
26 Center ("NSC"). (**EXHIBIT 9**)

27 18.   On March 10, 2007 Plaintiff received an e-mail update regarding the status of her
28 application and was informed that her application was still pending.  (**EXHIBIT 10**)

19.    On March 27, 2007 Plaintiff again made an inquiry with the USCIS CSC as to the status of her application. In a response dated April 3, 2007 Plaintiff was informed that the CSC transferred the service request to the NSC. (**EXHIBIT 11**)

20.    On May 2, 2007 Plaintiff again appeared at the USCIS San Jose Application Support Center to submit her fingerprints. (**EXHIBIT 12**)

21.    Plaintiff contacted Congressman Michael M. Honda requesting assistance with her stalled I-485 application. In a letter dated June 19, 2007, Congressman Honda replied informing Plaintiff that his office would check into the status of her FBI name check upon Plaintiff's completion of the Privacy Authorization. (**EXHIBIT 13**)

22.    On July 9, 2007 Plaintiff received a response from the NSC in response to the transferred service request from CSC. Plaintiff was informed that her case was currently under review and was still pending. (**EXHIBIT 14**)

23.    On July 9, 2007 Plaintiff received a response from Congressman Michael Honda that he submitted an inquiry with the FBI as to the status of her name check. (**EXHIBIT 15**)

24.    On September 27, 2007 Congressman Michael Honda informed Plaintiff that in response to his inquiry as to the status of her name check he was informed that her name check was still in process. (**EXHIBIT 16)**

25.    Although the role of Defendants is pivotal to the security of the United States of America, the Defendants' actions have gone well beyond the expected 9 months processing time for the adjudication of an I-485 Application (See Nebraska Service Center processing dates for I-485 cases posted September 15, 2007. (**EXHIBIT 17**)

26.    Defendants have failed to adhere to their own processing times and procedures and have delayed the processing of Plaintiff's I-485 case.

27.    Plaintiff has submitted sufficient information for the USCIS to complete adjudication of Plaintiff's I-485 application.

28.    The Defendants have contracted out the name check for Plaintiff's case to the Federal Bureau of Investigation.

29.    But for the pending name check, Plaintiff would receive approval for her I-485

Case No.                                    4
Complaint

# Exhibit 1

U.S. Department of Justice
Immigration and Naturalization Service

## Notice of Action

### UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT |
|---|---|---|
| WAC-03-227-55051 | | RESIDENT STATUS |

| RECEIVED DATE | PRIORITY DATE | APPLICANT  A97 350 175 |
|---|---|---|
| August 4, 2003 | | LI, YANG |

| NOTICE DATE | PAGE | |
|---|---|---|
| August 5, 2003 | 1 of 1 | |

| CLIFFORD CHIN | Notice Type:  Receipt Notice |
|---|---|
| FDBL | |
| RE: YANG LI | Amount received: $  305.00 |
| 2804 MISSION COLLEGE BLVD 2 FL | |
| SANTA CLARA CA 95054 | Section: Other basis for adjustment |

The above application or petition has been received.  It usually takes 160 to 180 days from the date of this receipt for us to process this type of case.  Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case.  You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283.  If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.ins.gov.  On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



Form I-797C (Rev. 09/07/93) N

# Exhibit 2

**Date:**    Tue, 9 Nov 2004 16:55:26 -0800 (PST)

**From:**    "Yang Li" < ████ @yahoo-inc.com>

**To:**    ████ @yahoo.com

**Subject:**    RE: more questions on my I-485 cases (fwd)

immigration status

--------- Forwarded message ---------
Date: Wed, 13 Oct 2004 12:██:██ -0700
From: Katy Fick < ████ >
To: Yang Li < ████ >
Subject: RE: more questions on my I-485 cases

Hi Yang,

I will submit an official inquiry on your behalf, although as I
explained earlier the dates on the website do not really reflect the cases
that they are processing because they contracted out a large chunk of
their work. I am sorry about the confusion that it has caused you. Anyway,
I will submit an inquiry after which we have to wait 30 days for them
to respond before we can inquire again.

Regards,

Katy Fick
Immigration Assistant to Michael Mollib
Berry, Appleman & Leiden, LLP
E-mail: ████
351 Sacramento St., Suite 1780, San Francisco, CA 94111
Direct: (415) 617-4969     Fax: (415) 393-1699     Main:
(415)398-1800

This e-mail is intended only for the individual or entity to whom it is
addressed and may be a confidential communication privileged by law.
Any unauthorized use, dissemination, distribution, disclosure or
copying is strictly prohibited. If you have received this communication in
error, please notify us immediately by return e-mail and kindly delete
this message from your system. Thank you in advance for your cooperation.

-----Original Message-----
From: Yang Li [mailto: ████ ]
Sent: Wednesday, October 13, 2004 12:47 PM
To: Katy Fick; Michael Mollib
Cc: 'Yang Li'
Subject: more questions on my I-485 cases

Hi, Katy and Michael,

I just find more info on this website, the link showing here:

--------------------------------------------------------------
If you filed your case 30 days or more before the date shown under the
heading "Processing Cases with Receipt Date of" and you have not
received a request for evidence, a decision, or another notice in the last
thirty days, please call our National Customer Service Center at
1-800-375-5283.

I-485 application processing date is November 07, 2001
--------------------------------------------------------------

based on the above words showing on this website, it sounds to me that
USCIS should at least have some update about my case or somehow speed
it up a little bit, if somebody calls them again.

would you please help contact them again, or if you think it is ok, may
 i call them too?

please advise, and please understand my current anxious feelings to
 know my case status.

thank you very very much!
-yang
      Original Message
From: Yang Li [mailto:                    ]
Sent: Friday, September 23,          11:13 PM
To: 'Katy Fick'; 'Michael Melitz'
Subject: RE: LI, Yang/Yahoo  AOS processing
Hello, Katy and Michael,

i just checked the link here for I-485 process date

seems USCIS already processes cases until          1st, 2005. i remember i
 filed my I-485 application before this date, so i guess my application
 is already processed, would you please kindly check with USCIS to see if
 my case is processed and what is its current status?

i really appreciate this!

thanks!
-yang

# Exhibit 3

**Subject:**  LI, Yang//Y!//RE: I-485 status inquiry

**Date:**  Mon, 14 Feb 2005 11:19:33 -0800

**From:**  "Michael Molitz" <█████@usabal.com>

**To:**  "Yang Li" ·████@yahoo-inc.com>

**CC:**  ██████@yahoo.com, "Edith Franco" <█████@usabal.com>, ██████ @yahoo-inc.com

We will submit an inquiry as needed, but please allow sufficient time
 for CIS to provide its response.  Thanks,

Regards,
 Mike


Michael K. Molitz
Attorney
Berry, Appleman & Leiden LLP
(415) ███████ (general)
(415) 398-1800 (fax)
(415) ███████ (direct)
████████

Confidentiality Note
This e-mail is intended only for the individual or entity to whom it is
 addressed and may be a confidential communication privileged by law.
 Any unauthorized use, dissemination, distribution, disclosure or
 copying is strictly prohibited.  If you have received this communication in
 error, please notify us immediately by return e-mail, and kindly delete
 this message from your system.  Thank you in advance for your
 cooperation.

-- --Original Message--
From:    Yang Li [mailto:██████]
Sent:    Monday, February 14, 2005 11:01 AM
To:      Michael Molitz; Ruby ████
Cc:      ████████
Subject: ████████ status inquiry

hi, Michael,

this is a following with you regarding to my I-485 application status,
 i filed it on August, 2003, it's been over 18 months, but i didnt hear
 any update on my case.

i've been trying to contact with Ruby Li, who i just find out is no
 longer with the firm, since i called both of you this morning, and i
 left a voicemail to you and to my case.

what i know is i asked Ruby to run the inquiries out at last year/2004
 about my application, but i haven't heard anything from either she or
 USCIT.

would you please help check my case? i would really appreciate your
 help!

here is the website i use to check the update date for each
 application,

it shows the I-485 is already process 06/2004 cases, which is one year
 later than the date i filed my I-485. Also, this website says that
---------------------------------------------------------
If you filed your case 31 days or more before the date shown under the

the heading "Processing Cases with Receipt Date of" and you have not
received a request for evidence, a decision, or another notice in the
last thirty days, please call our National Customer Service Center at
1-800-375-5283.
-------------------------------------------------------------------------

in my case, it is over a year before the date shown on that page,
and i didnt receive anything notice in the last 30 days, i wish you
could help check with USCIS center.

thank you very much!
 yang

notice before the last one expires?

thanks a lot!!
-yang


--- Edith Franco <█████████         > wrote:

> Hello Yang,
>
> Our office has not received a copy of the CSC response that you
> received.  Please forward a copy to my attention so that we can
> review.  According to the March 4, 2005 response that we received
> from the CSC Duty Officer, your case is undergoing additional
> security checks and we must allow 180 days before submitting another
> inquiry.  We will notify you as soon as we hear anything specific
> about your case.
>
> Regards,
> Edith Franco
> Legal Assistant to Michael K. Molitz
> Berry, Appleman & Leiden LLP
> 353 Sacramento Street, Suite 1300
> San Francisco, CA 94111
> Tel:  (415) 743-9689
> Fax:  (415) 398-1808
> e-mail: █████████
>
> This email is intended only for the individual or entity to whom it
> is addressed and may be a confidential communication privileged by
> law.  Any unauthorized use, dissemination, distribution, disclosure
> or copying is strictly prohibited.  If you have received this
> communication in error, please notify us immediately by return e-mail
> and kindly delete this message from your system.  Thank you in
> advance for your cooperation.
>
> -----Original Message-----
> From: Yang Li [mailto: █████████        ]
> Sent: Wednesday, June 29, 2005 2:31 PM
> To: Edith Franco; Michael Molitz; █████████
> █████████
> Subject: RE: fingerprint notice question
>
> Hi, there,
>
> i just received a letter from CSC regarding to the inquiry received
> at
> their office, i am not sure if you've got a copy of this from CSC, i
> think it is better to let you know about this too. i am not sure if
> you
> guys filed another inquiry to CSC regarding to my case?
>
> Other than this letter, i did not receive any other notice from CSC,
> nor the next finger print appointment notice, even though it is only
> two weeks from my previous fingerprint expiration date(07/14). Not
> sure
> if you guys received anything relevant to my case.
>
> Here is the content of the letter i received, it seems that i will
> receive some answer to my inquiry by August 31?
>
> --------------------------------------------------------------
> Re: WAC0322755051
>
> Dear Sir or Madam:
>
> The following is provided in response to your inquiry received at the
> California Service Center.
>

# Exhibit 4



**U.S. Department of Homeland Security**
P.O. Box 30111
Laguna Niguel, CA 92607-0111

**U.S. Citizenship
and Immigration
Services**

Date: June 8, 2005


Yang Li
███████████
Milpitas, CA 95035



Re: WAC0322755051


Dear Sir or Madam:

The following is provided in response to your inquiry received at the California Service Center.

Due to backlog reduction efforts currently being performed at the California Service Center from May 1st through August 31st, 2005, your inquiry will be addressed by August 31, 2005.  To assist you in a more productive manner, the CSC is striving to adjudicate a significant number of petitions/applications by the end of August 2005.

If your application/petition was filed within our published processing time frames, we hope to have your inquiry addressed via a Notice of Action or a Request for Evidence by August 31st, 2005.

Additionally, our National Customer Service Center is available Monday through Friday, 8:00 AM – 5:00 PM, PST at *1-800-375-5283* or you may visit our Internet websit*e: www.bcis.gov* for further assistance.

Thank you for your patience.



Donald Neufeld
Director



California Service Center
Congressional & Customer Relations Division XII

Officer:

# Exhibit 5

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

# ASC Appointment Notice

| | | | NOTICE DATE 09/22/2005 |
|---|---|---|---|
| CASE TYPE I485 Application to Register Permanent Resident or Adjust Status | | SOCIAL SECURITY NUMBER | USCIS A# A097350175 |
| APPLICATION NUMBER WAC0322755051 | CODE 3 | SERVICE CENTER WSC | PAGE 1 of 1 |

YANG LI

MILPITAS, CA 95035

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.
**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION.  IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS SAN JOSE 122 CHARCOT AVE. SAN JOSE, CA 95131 | 10/11/2005 2:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE and**
**2. PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

### REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available:  ☐ Wednesday afternoon   ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request to:

USCIS SAN JOSE
122 CHARCOT AVE.
SAN JOSE, CA 95131

APPLICATION NUMBER 1
I485   -   WAC0322755051

If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*
*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

**Exhibit 6**

Print - Close Window

**Subject:**   RE: LI, Yang/I-485 inquiry

**Date:**   Thu, 25 May 2006 16:28:56 -0700

**From:**   "Edith Franco" <▓▓▓▓@usabal.com>

**To:**   "Yang Li" ▓▓▓▓▓@yahoo-inc.com>

**CC:**   ▓▓▓▓▓▓@yahoo.com, "La Verne Ramsay" ▓▓▓▓@usabal.com>, "Bernadette Vergara"
<▓▓▓▓@yahoo-inc.com>

Hello Yang,

We can't inquire with the FBI on the name check. There is no set time
frame for the name check to be completed. All cases must go through
the name check. I sent an inquiry to the USCIS yesterday and I will
notify you as soon as we receive a response.
Regards,

Edith Franco
Lead Legal Assistant to La Verne A. Ramsay
Berry, Appleman & Leiden LLP
353 Sacramento Street, Suite 1500
San Francisco, CA 94111
Tel:  (415) 743-9639
Fax:  (415) 392-1808
e-mail:  ▓▓▓▓▓

This email is intended only for the individual or entity to whom it is
addressed and may be a confidential communication privileged by law.
Any unauthorized use, dissemination, distribution, disclosure or copying
is strictly prohibited. If you have received this communication in
error, please notify us immediately by return e-mail and kindly delete
this message from your system. Thank you in advance for your
cooperation.


-----Original Message-----
From: Yang Li [mailto:▓▓▓▓                     ]
Sent: Wednesday, May 24, 2006 1:50 PM
To: Edith Franco
Cc: ▓▓▓▓                     ; La Verne Ramsay; Bernadette Vergara
Subject: Re: LI, Yang/I-485 inquiry

hi, Edith and La Verne,

Thanks for your advice and help. i really appreciate it, i also have
some follow-up questions as follows, i am looking forward to hearing from
you.

> 1) I spoke to Attorney La Verne Ramsay about your question and
unfortunately, there is no way to expedite the name check process.

1. if there is no way to expedite it, is there anyway to at least check
the status of my name check?

2. from your professional experience, how long does it generally take
for the name check? any case over 2 years? i've been in this name check
for over a year, i just want to get an idea of how long it usually
takes.

> 2) As of June 2006, visa numbers fare available for foreign nationals
from China (EB-2) with a priority date on or before July 1, 2004.
Visa numbers are not available for EB-2/China with a priority date after

the current cut-off date of July 1, 2004.  Unless the individual is
married and his/her spouse is a national of a country that is not
backlogged, visa numbers are not available.  Your priority date is current
(7/9/2001), but the AOS can't be adjudicated until the name check is
completed.

i am not sure what was the priority date for that co-worker i mentioned
earlier, i just know he and his wife were both from china, and he
submitted his I-485 last year. so it looked like his case went through the
name check very fast, or is it possible that some of the cases don't
need to go into name check at all? please advise.

> 3) We will submit another inquiry and we'll notify you once we
receive a response.

thanks for helping send another inquiry, i am looking forward to the
response from USCIS.

best regards
-yang


> ---- Original Message
> From: Bernadette Vergara [mailto:█████████████]
> Sent: Tuesday, May 23, 2006 2:54 PM
> To: Yang Li; █████████████; La Verne Ramsay
> Cc: █████████████; Edith Franco
> Subject: RE: LI, Yang/I-485 inquiry
>
> Hi, Yang,
>
> Thank you for your email. Michael Molitz left BAL and according to
our
> records, attorney La Verne Ramsey took over your green card case. I
have
> copied her and Edith on this email so she can respond to your
questions.
>
> Dear La Verne and Edith,
>
> Could you please respond to Yang's email?
>
> With best regards,
> Bernadette
>
> ---- Original Message ----
> From: Yang Li
> Sent: Tuesday, May 23, 2006 2:35 PM
> To: █████████████
> Cc: █████████████
> Subject: LI, Yang/I-485 inquiry
>
> hi, yahoo immigration specialists:
>
> may you help answer my questions as follows? i tried to contact Edith
> and Mike in the usabal, but seems mike's email
> address(█████████████) is no more valid, and edith didn't
repsond
> to my mail.
>
> i sumbitted my i-485 back in 2003 and have waited since then, last
time
> uscis responded to my inquiry saying that it is still in the name
check,
> i heard that lawyers might help speed up the name check by inquirying
> the FBI or ask congress man to write letter or something, i would
really
> like to get some professional advice on this.

> 
> also one of my co-worker who submitted his I-485 last year and
> already
> got his green card eraly this month, he is also from china, just how
> his
> case can pass the name check this fast, or is there a different way
> of
> processing I-485 right now for the newer cases?
> 
> Truly appreciate your help and advice!
> ~yang
> 
> 
> Edith Franco <                    >, 
> 
> On 05-22-2006 14:47, Yang Li wrote:
> > hi, Edith,
> >
> > i have a few questions about my I-485 process.
> >
> > 1. i heard from a friend that immigration lawyer might be able to
> send
> some inquiry to congress or FBI about the name check so as to speed
> it
> up a little bit, i'd like to get some professional advice from you
> and
> your firm.
> >
> > 2. a co-worker at yahoo who just got his green card this month
> submitted his I-485 applications last year, i don't quite understand
> because you told me the priority date for china was back to 2002, but
> apprantely in his case, it was 2005.
> >
> > 3. since my last inquiry was sent in March, would you please kindly
> send another inquiry for me sometime soon ( 60 days after last
> inquiry)?
> >
> > As you know, my case was hanging there for over 3 years now, if
> there
> is any chance to just make it move on, i would really really
> appreciate
> it!!
> >
> > Many Thanks and best regards
> > ~yang
> >
> >
> > On 04-06-2006 15:59, Edith Franco wrote:
> > > Hello Yang,
> > >
> > > I just wanted to let you know that I received a response from the
> USCIS on the status of your pending AOS application.  According to
> the
> Officer, the background security check has not been completed yet.
> Processing of your case will continue once the background check is
> completed.
> > >
> > > We will keep you posted.
> > > Regards,
> > >
> > > Edith Franco
> > > Legal Assistant to La Verne A. Ramsay
> > > Berry, Appleman & Leiden LLP
> > > 353 Sacramento Street, Suite 1300
> > > San Francisco, CA 94111
> > > Tel:   (415)
> > > Fax:  (415)
> > > e-mail:
> > >

> > > This email is intended only for the individual or entity to whom
it
> is addressed and may be a confidential communication privileged by
law.
> Any unauthorized use, dissemination, distribution, disclosure or
copying
> is strictly prohibited.  If you have received this communication in
> error, please notify us immediately by return e-mail and kindly
delete
> this message from your system.  Thank you in advance for your
> cooperation.
> > >
> > >
> > >
> > > -----Original Message-----
> > > From: Yang Li [mailto:                .            ]
> > > Sent: Monday, March 27, 2006 11:20 AM
> > > To: Edith Franco
> > > Cc:        ▓▓▓▓▓▓▓
> > > Subject: Re: Li, Yang/I-485 inquiry (receive AP approval)
> > >
> > > Hi, Edith,
> > >
> > > I'd like to notify you that i just received my Advance Parole
> Approval last Friday(03/24). If you receive any response from CSC
> regarding to my inquiry, please let me know as well.
> > >
> > > thanks much!
> > > -yang
> > >
> > >
> > > On 03-09-2006 14:42, Edith Franco wrote:
> > > > Hi Yang,
> > > >
> > > > I was out of the office yesterday so I wasn't able to respond
to
> your email until today. I haven't received a response.  i will send a
> follow up email to the CSC and let you know as soon as I hear back.
I
> will notify you as soon as I receive a response.
> > > >
> > > > Regards,
> > > >
> > > > Edith Franco
> > > > Legal Assistant to La Verne A. Ramsay
> > > > Berry, Appleman & Leiden LLP
> > > > 353 Sacramento Street, Suite 1300
> > > > San Francisco, CA 94111
> > > > Tel:   (415)▓▓▓▓▓
> > > > Fax:   (415)▓▓▓▓▓▓▓▓
> > > > e-mail: ▓▓▓▓▓▓
> > > >
> > > > This email is intended only for the individual or entity to
whom
> it is addressed and may be a confidential communication privileged by
> law.  Any unauthorized use, dissemination, distribution, disclosure
or
> copying is strictly prohibited.  If you have received this
communication
> in error, please notify us immediately by return e-mail and kindly
> delete this message from your system.  Thank you in advance for your
> cooperation.
> > > >
> > > >
> > > >
> > > > -----Original Message-----
> > > > From: Yang Li [mailto:▓▓▓▓▓         .              ]
> > > > Sent: Thursday, March 09, 2006 10:11 AM
> > > > To: Edith Franco

Yahoo! Mail - yangh_321@yahoo.com    http://us.f318.mail.yahoo.com/ym/ShowLetter?box=Inbox&MsgId...

February.
We can't do the inquiry at this time because for January 15th, the
cut-off date for China EB-1 is [...]. I will submit an inquiry on your
case in the first week of February. I will keep you posted.

          Best Regards
          Yang

# Exhibit 7



Print - Close Window

**Date:** Fri, 9 Jun 2006 12:45:01 -0700 (PDT)

**From:** "Yang Li" < ████████ @yahoo.com>

**Subject:** Re: question about name check in I-485 process

**To:** Vicelw@aol.com

hi, Mr. Wong,

As we spoke last Sat. over the phone, i made an appointment through the infopass and went to san jose uscis office yesterday.

The officer at the window #1 kindly answered my following questions:
1. where are my AOS files?
they are in Laguna, niguel, CA.

2. the status of my AOS application?
it is still pending in name check.

3. is there any way to accelerate the name check?
the officer said there is NO way to check the status of the name check, and gave me a fact sheet which explain the procedure of the security check. he mentioned that the name check could take a few years, and he once saw cases taking about 4 years.

4. would it be faster if i apply green case based on my husband's citizenship right now?
the officer said it won't be faster, and from his opinion, it will only slow down the process, because the files will be processed in another location, and the name check will start over again.

overall, it seems to me that i might need to wait patiently right now, seems it won't help but only slow down the process if i apply another AOS application based on my husband's citizenship.

i truly appreciate your kind help and advices! seems there is no way to check the status of the name check so far, i guess i have to wait patiently:)

many thanks and best regards
-yang


--- ████████ .. wrote:

> Yangli,, I do remember you. I have also met your sister. I will be
> attending
> an open forum at the CIS on Tues. May 30th. If I remember
> your case. you are here on a H 1B visa, and in 2003 you file an adj.
> of
> status and is still pending; i will try to get you an answer at the
> meeting.
> What I would like is for you to e mail me a detailed description of
> your
> case.  When did you come to the United States?
>          What kind of  visa did you arrive with?
>          Name of company  that sponored your H1b visa?
>          Date that  you submitted your I 485  Adj.of Status
>          Provide the  CIS receipt number . Usually it starts with
> WAC
>     I need your date of birth in order to make any  p.hone inquiry on
>
>     your behalf. If it is convience , call me on my  cell 408 832

```
> 1127
>       on Thursday after 12 noon. or you can call me  today anytime
>       but no later than 9 p.m. on my home phone 498  2225 0205.
>       Mike Honda does not represent your district. It  would be either
>       Zoe Loegren or Elaine Eschoo. I would find out  who. Feinstein
>       and Boxer are the two U.S. senators from  California.
>
```

_____

Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around

# Exhibit 8

**U.S. Department of Homeland Security**
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111



**U.S. Citizenship
and Immigration
Services**

Friday, March 23, 2007

YANG LI



MILPIPAS CA 95035

Dear YANG LI:

On 02/13/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | WAC-03-227-55051 |
| **Beneficiary (if you filed for someone else):** | LI, YANG |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

This case was relocted for processing to the Texas Service Center. You should contact that office for updates and status inquiry via the 1-800 number. The California Service Center has no jurisdiction over this case at this point. Thanks.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

**Exhibit 9**

Case 5:07-cv-05299-JW    Document 1    Filed 10/17/2007    Page 31 of 55

**Date:** Mon, 5 Mar 2007 10:10:33 -0500 (EST)

**From:** "CRIS" < ██████ @dhs.gov>

**To:** ███████1@yahoo.com

**Subject:** Case Status Information for Receipt Number: WAC0322755051

*** DO NOT RESPOND TO THIS E-MAIL ***

The last processing action taken on your case

Receipt Number: WAC0322755051

Application Type: I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS

Current Status: This case has been sent for standard processing.

[illegible body paragraph]

[illegible body paragraph]

Sincerely,

The U.S. Citizenship and Immigration Services

# Exhibit 10

**Date:**      Sat, 10 Mar 2007 00:20:06 -0500 (EST)

**From:**      "CRIS" < ██████ dhs.gov>

**To:**        ██████ @yahoo.com

**Subject:**   Case Status Information for Receipt Number: WAC0322755051

*** ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ***

The last processing ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚

Receipt Number: WAC⬚⬚⬚ ⬚ ⬚

Application Type: ⬚ ⬚ ⬚, APPLICAT ⬚ ⬚ ⬚ ⬚⬚ TOR PERMANENT RESIDENCE OR
TO ADJUST STATUS

Current Status: This case ⬚ ⬚ ⬚ ⬚ pending at the office to which it was
transferred.

The USCIS APPLICATION ⬚ ⬚ ⬚ ⬚ ⬚ to ⬚ ⬚ PERMANENT RESIDENCE ⬚ ⬚ ⬚ ⬚⬚
STATUS that was transferred to ⬚ ⬚ NEBRASKA SERVICE CENTER is ⬚ ⬚ ⬚ ⬚ ⬚ now
pending there, and this is a notification that no further ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚
if the office needs something from ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚
pending, ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ that we
receive them. You can use ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚
will be done, ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚. This case is at the
NEBRASKA SERVICE CENTER ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚
processing ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ mail update ⬚ ⬚ ⬚ ⬚ ⬚ ⬚
your case. ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚.

If you have question ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚
status results listed above, ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ received a receipt that the
USCIS within the current ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ being process ⬚ ⬚ ⬚ ⬚ ⬚ USCIS
Customer Service ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚.

*Current processing times can be found on the USCIS website at
www.uscis.gov under ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚.
*** Please do not respond to this e-mail message. ***

Sincerely,

The U.S. Citizenship and Immigration Services (USCIS)

**Exhibit 11**

RE-MAILED



**U.S. Department of Homeland Security**
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111

## U.S. Citizenship and Immigration Services

Tuesday, April 3, 2007

YANG LI

MILPIPAS CA 95035

Dear YANG LI:

On 03/27/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | WAC-03-227-55051 |
| **Beneficiary (if you filed for someone else):** | LI, YANG |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

WAC-03-227-55051
On 03/27/07 you or your representative called our office concerning your application or petition. After careful review of your request, it has been determined that your issues will be best addressed by the USCIS office having jurisdiction over your case. Therefore, we have taken the liberty of forwarding your service request, number T1B.086.07.03451.CSC to the Nebraska Service Center.

If you require additional assistance, forms and/or filing instructions, we invite you to visit our web site at uscis.gov or, if you do not have internet access, contact customer service at 1-800-375-5283.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

**Exhibit 12**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

![THE UNITED STATES OF AMERICA]

| **ASC Appointment Notice** | **APPLICATION NUMBER** WAC0322755051 | | **NOTICE DATE** 4/4/2007 |
|---|---|---|---|
| CASE TYPE I485 Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A# A097350175 | CODE 1 |
| | TCR | SERVICE CENTER NSC | PAGE 1 of 1 |

YANG LI
c/o MICHAEL K MOLITZ
BERRY APPLEMAN LEIDEN LLP
353 SACRAMENTO STREET SUITE 1500
SAN FRANCISCO, CA 941



BIOMETRICS PROCESSING STAMP

SITE CODE XTE / SANJOSE
BIOMETRICS QA REVIEW BY:

ON
TENPRINTS QA REVIEW BY:
ON   MAY 0 2 2007

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

APPLICATION SUPPORT CENTER
USCIS SAN JOSE
122 CHARCOT AVE.
SAN JOSE, CA 95131

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**

**DATE AND TIME OF APPOINTMENT**
05/02/2007
3:00 PM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

---

**REQUEST FOR RESCHEDULING**

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS SAN JOSE, 122 CHARCOT AVE., SAN JOSE, CA 95131

---

**APPLICATION NUMBER 1**
I485   -   WAC0322755051



If you have any questions regarding this notice, please call 1-800-375-5283.

---

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

# Exhibit 13

MICHAEL M. HONDA
15TH DISTRICT, CALIFORNIA

WASHINGTON OFFICE:
1713 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
PHONE: (202) 225-2631
FAX:    (202) 225-2699
http://www.house.gov/honda

DISTRICT OFFICE:
1999 SOUTH BASCOM AVENUE
SUITE #815
CAMPBELL, CA 95008
PHONE: (408) 558-8085
FAX:    (408) 558-8086
GILROY RESIDENTS: (888) 643-4715

COMMITTEE ON SCIENCE
SUBCOMMITTEES:
RANKING MEMBER
ENERGY
SPACE AND AERONAUTICS

COMMITTEE ON TRANSPORTATION
AND INFRASTRUCTURE
SUBCOMMITTEES:
AVIATION
HIGHWAYS, TRANSIT, AND PIPELINES
COAST GUARD AND MARITIME TRANSPORTATION

CHAIR
CONGRESSIONAL ASIAN PACIFIC
AMERICAN CAUCUS



# Congress of the United States
## House of Representatives

June 19, 2007

Ms. Yang Li

█████████████

San Jose, California 95133

Dear Ms. Li:

Thank you for contacting my office regarding the problem you are having with delays in the FBI Name Check process. I am sorry to hear that the process has taken so long.

The FBI processes millions of name check requests each year with each requiring thoughtful consideration. According to the FBI, the name check process is administered by the National Name Check Program and involves several layers of review. The FBI's homeland security mission requires that the name check process be primarily focused on an accurate and thorough result. Before a name check is completed, it may require review by federal, state, local and foreign agencies. In addition to serving as a reviewing agency, the FBI is the clearinghouse for responses by other agencies. Delays and/or complications may arise due to a common name, spelling variations, frequent travel or changes in residency, criminal history, non-cooperation of foreign governments, multiple references, and inconsistent or incomplete information. In some cases, name checks require further investigation or detailed review.

According to the FBI, additional staff has been added to process the backlog caused by the tremendous volume of name check requests. However, if the delay is the result of another agency or a case requires more extensive review, the FBI cannot proceed with final processing. Unfortunately, some investigations take many months to complete. If your name check is still pending with the FBI after 6 **more** months have passed, please contact my office and I will make an inquiry on your behalf.

Since 2002, USCIS has increased the number and scope of relevant background checks, processing millions of security checks without incident. These security checks are done for all cases involving a petition or application for an immigration service or benefit. USCIS works closely with the Federal Bureau of Investigation (FBI) and other agencies to complete the background checks. The FBI name check is just one part of this process. Included with this letter is a USCIS Fact Sheet on Immigration Security Checks - How and Why the Process Works. This fact sheet may answer additional questions you may have about the entire security screening process.

I know how important this information is to you; however, the FBI must also balance the need for national security in preparing the response to each of these requests. While an exact date for completion of this review cannot be given be assured that the results will be made available to the immigration authorities as quickly as possible. Please understand that my office can only inquire regarding the status of your name check and where the FBI has submitted the results. My office cannot request that the process be expedited or waived, nor can my office inquire regarding the specific findings of the FBI or any other investigative agency. Once my office has verified that your name check is under active review, there is no further action to be taken.

If you would like my office to check on the status of your FBI Name Check, please complete the enclosed Privacy Authorization and return it to:

Congressman Mike Honda
1999 South Bascom Avenue, Suite 815
Campbell, CA 95008

Phone: 408-█████
Fax: 408-█████

Thank you for allowing me to be of assistance.


Sincerely,

*Michael M. Honda*

Mike Honda
Member of Congress

Please feel free to visit my website at www.house.gov/honda. You can find out about additional resources available to you and your family or sign up for my e-newsletter to receive updates on my Congressional activities and national issues affecting you.

MH: MN



# Congressman Mike Honda

## Privacy Release Form

*In order for my office to assist you, please:*

- <u>Applicant</u> or <u>Petitioner</u> only, fill out all 3 pages of this form completely
- Print this form and FAX or MAIL the signed <u>original</u> to my office
- Include copies of any documents related to your case  (e.g. Receipt Notice, Agency Correspondence)
- If hand written, please print legibly

### *Forms returned without signature will not be processed.*

If you have any questions regarding this form, please contact my district office at (408) 558-8085.

☐ Mr.        ☐ Ms.
☑ Mrs.       ☐ Dr.

| | | |
|---|---|---|
| YANG | | LI |
| First Name | Middle Initial | Last Name |

█████████████████ _____
Residential Street Address

| | | |
|---|---|---|
| SAN  JOSE | CA | 95133 |
| City | State | Zip Code |

_____
Mailing Address (if different from residential)

| | |
|---|---|
| 03/21/1977 | (408) ██████ |
| Date of Birth | Home Telephone Number |
| ███ - █ - █████ | (408) ████████ |
| Social Security Number | Work Telephone Number |
| A097350175 | ████████ @ yahoo.com |
| Alien #  (if applicable) | E-mail Address |
| _____ | _____ |
| Veteran's Claim Number (if applicable) | Other Contact |

Have you moved since the assigned petition was filed?  ☑ Yes  ☐ No    When?  04/2007

Previous Address  ████████████  MILPITAS, CA, 95035  Did you notify CIS?  ☑ Yes  ☐ No

Page 1

## Description of the Problem

1) What type of application did you file?

☐ (I-129)   Employment Petition                  ☐ (I-131)   Travel Documents
☐ (I-129F)  Fiancée/Fiancé Petition              ☑ (I-485)   Adjustment of Status
☐ (I-130)   Immediate Relative Petition          ☐ (N-400)   Citizenship
☐ Other    (Include Form Number and Name)   _____

2) What specific action are you requesting from this office?   ☑ Check Status of Application/Petition

Other   _Check status of FBI name check_            ☐ Clarify Agency Process/Request

3) For whom did you file this application?

_YANG LI_                    _03/21/1977_        _Self_              _WAC0322755505|_
Name                         Date of Birth       Relationship to You      WAC#

_____      _____      _____    _____
Name                         Date of Birth       Relationship to You      WAC#

4) WHERE and WHEN did you file your application?   _Laguna Niguel, CA Service Center ; August, 2003_

5) Which US Embassy/Consulate has jurisdiction over case?   _____

6) What is your status in the U.S.?   ☐ Citizen ☐ LPR   ☐ Asylee ☐ Refugee  Other   _H-1B_

7) What is the PRIORITY DATE on your Receipt Notice or Notice of Action?   _08/05/2003_

8) Date of last fingerprint?   _05/02/2007_        9) Date of last interview?   _____

10) What is the problem and its current status?  Be SPECIFIC (Attach additional sheets if needed)

I filed my employment based I-485 application back in August, 2003. After that, I've been waiting for my name check to clear, but it has been pending. Recently, I went to a local USCIS office, the officer told me the name check is still pending and asked me to contact the local congressman for further informa. I've taken 3 fingerprints during the past 4 years, and still waiting. I sincerely hope someone can help check status for my name check! Thanks!

11) Who else have you contacted for assistance?   I've contacted the attorney office who is the agent of my I-485 application and local USCIS Immigration officer, also called the customer service line of USCIS, finally, a local USCIS officer told me to contact my local congressman for further help.

## Congressman Mike Honda Privacy Release Form & Explanation of Service
Please read and sign the following:

The House Committee on Standards of Official Conduct allows a Member of the House of Representatives, either on his/her own initiative or at the request of a petitioner, to properly communicate with an Executive or Independent Agency on any federal matter *to request information or status reports, urge prompt and fair consideration of a matter based on the merits of the case, arrange appointments, or, where appropriate, express judgment or ask for reconsideration of an administrative decision.*

Congressman Honda represents all his constituents equally and will pursue their concerns with diligence irrespective of political or other considerations. Congressman Honda and his staff cannot and are not trained to provide legal advice nor guarantee a specific outcome to petitions or inquiries.

By signing this privacy release form, I hereby authorize Congressman Mike Honda and members of his staff to conduct any inquiries relating to my case and to be provided with any information relating to it.

Signature: _____

*Required of Applicant or Petitioner ONLY*

Today's Date: _____06/22/2007_____

*Thank you for taking the time to complete this form.*
Please return it as soon as possible to the following address:

Congressman Mike Honda
1999 S. Bascom Ave., Suite 815
Campbell, CA 95008
Phone: 408-558-8085
Fax: 408-558-8086

# Exhibit 14

**U.S. Department of Homeland Security**
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S. Citizenship
and Immigration
Services**

Monday, July 9, 2007


YANG LI
SAN JOSE CA 95133

Dear YANG LI:

On 03/27/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | WAC-03-227-55051 |
| **Beneficiary (if you filed for someone else):** | LI, YANG |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

Your case is currently under review. You should receive a decision or notice of other action within 60 days of the date of this letter.

Your address has been changed. Form AR-11 is enclosed. Be sure to send the AR-11 to the address in London Kentucky. Do not send it to the Nebraska Service Center.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 07-09-2007 11:45 AM EDT - WAC-03-227-55051

JUL 2 0 2007 -8 00 AM 3 2 2 2

# Exhibit 15

COMMITTEE ON APPROPRIATIONS
SUBCOMMITTEES:
COMMERCE, JUSTICE, AND SCIENCE
LABOR, HEALTH AND HUMAN SERVICES,
AND EDUCATION
LEGISLATIVE BRANCH

SENIOR MAJORITY WHIP

CHAIR
CONGRESSIONAL ASIAN PACIFIC
AMERICAN CAUCUS

CHAIR
CONGRESSIONAL ETHIOPIAN
AMERICAN CAUCUS

CONGRESSIONAL-EXECUTIVE
COMMISSION ON CHINA



**Congress of the United States**
**House of Representatives**

MICHAEL M. HONDA
15TH DISTRICT, CALIFORNIA

WASHINGTON OFFICE:
1713 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
PHONE: (202) 225–2631
FAX:   (202) 225–2699
http://www.house.gov/honda

DISTRICT OFFICE:
1999 SOUTH BASCOM AVENUE
SUITE #815
CAMPBELL, CA 95008
PHONE: (408) 558–8085
FAX:   (408) 558–8086
GILROY RESIDENTS: (888) 643–4715

July 9, 2007

Ms. Yang Li
█████████
San Jose, California 95133

Dear Ms. Li:

Thank you for contacting me regarding the problem you are having with the Federal Bureau of Investigation (FBI). I am sorry to hear about the difficulties you are experiencing with your background check.

As your Congressional representative, I may inquire on the status of your case but may not unduly influence the decision of an agency or assure a specific outcome.

Therefore, at your request, I have made an inquiry with the FBI. It has been my experience that it takes approximately 60 days for the FBI to respond. I will contact you as soon as I receive their response. Please be advised that when the FBI completes their background check, there may be additional security screening necessary before your immigrant petition may be adjudicated by the United States Citizenship and Immigration Service.

Thank you for allowing me to be of assistance.

Sincerely,

*Michael M. Honda*

Mike Honda
Member of Congress

Please feel free to visit my website at www.house.gov/honda. You can find out about additional resources available to you and your family or sign up for my e-newsletter to receive updates on my Congressional activities and national issues affecting you.

MH: ABJ

# Exhibit 16

COMMITTEE ON APPROPRIATIONS
SUBCOMMITTEES:
COMMERCE, JUSTICE, AND SCIENCE
LABOR, HEALTH AND HUMAN SERVICES,
AND EDUCATION
LEGISLATIVE BRANCH

SENIOR MAJORITY WHIP

CHAIR
CONGRESSIONAL ASIAN PACIFIC
AMERICAN CAUCUS

CHAIR
CONGRESSIONAL ETHIOPIAN
AMERICAN CAUCUS

CONGRESSIONAL–EXECUTIVE
COMMISSION ON CHINA

MICHAEL M. HONDA
15TH DISTRICT, CALIFORNIA

WASHINGTON OFFICE:
1713 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
PHONE: (202) 225–2631
FAX:    (202) 225–2699
http://www.house.gov/honda

DISTRICT OFFICE:
1999 SOUTH BASCOM AVENUE
SUITE #815
CAMPBELL, CA 95008
PHONE: (408) 558–8085
FAX:    (408) 558–8086
GILROY RESIDENTS: (888) 643–4715

# Congress of the United States
## House of Representatives

September 27, 2007

Ms. Yang Li

San Jose, California 95133

Dear Ms. Li:

Thank you for contacting my office regarding your immigration petition. I am sorry to hear about the difficulties you are experiencing with your FBI name check. According to my liaison at the FBI, your name check is currently in process.

The FBI processes millions of name check requests each year with each requiring thoughtful consideration. According to the FBI, the name check process is administered by the National Name Check Program and involves several layers of review. The FBI's homeland security mission requires that the name check process be primarily focused on an accurate and thorough result. Before a name check is completed, it may require review by federal, state, local and foreign agencies. In addition to serving as a reviewing agency, the FBI is the clearinghouse for responses by other agencies. Delays and/or complications may arise due to a common name, spelling variations, frequent travel or changes in residency, criminal history, non-cooperation of foreign governments, multiple references, and inconsistent or incomplete information. In some cases, name checks require further investigation or detailed review.

According to the FBI, additional staff has been added to process the backlog caused by the tremendous volume of name check requests. However, if the delay is the result of another agency or a case requires more extensive review, the FBI cannot proceed with final processing. Unfortunately, some investigations take many months to complete.

Since 2002, USCIS has increased the number and scope of relevant background checks, processing millions of security checks without incident. These security checks are done for all cases involving a petition or application for an immigration service or benefit. USCIS works closely with the Federal Bureau of Investigation (FBI) and other agencies to complete the background checks. The FBI name check is just one part of this process. Included with this letter is a USCIS Fact Sheet on Immigration Security Checks - How and Why the Process Works. This fact sheet may answer additional questions you may have about the entire security screening process.

I know how important this information is to you; however, the FBI must also balance the need for national security in preparing the response to each of these requests. While an exact date for completion of this review cannot be given be assured that the results will be made available to the immigration authorities as quickly as possible. Please understand that my office can only inquire regarding the status of your name check and where the FBI has submitted the results. My office cannot request that the process be expedited or waived, nor can my office inquire regarding the specific findings of the FBI or any other investigative agency. Once my office has verified that your name check is under active review, there is no further action to be taken.

PRINTED ON RECYCLED PAPER

I regret that my office could not provide a more favorable response at this time. However, I hope you will find this information useful.

Sincerely,

Michael M. Honda

Mike Honda
Member of Congress

Please feel free to visit my website at www.house.gov/honda. You can find out about additional resources available to you and your family or sign up for my e-newsletter to receive updates on my Congressional activities and national issues affecting you.

MH: ABJ

**Exhibit 17**



Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

---

[ Print This Page ]    [ Back ]

# U.S. Citizenship and Immigration Services
## Nebraska Service Center Processing Dates
## Posted September 15, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

Service Center Processing Dates for **Nebraska Service Center** Posted September 15, 2007

| Form | Title | Classification or Basis for Filing | Processing Timeframe |
|------|-------|-----------------------------------|----------------------|
| **I-90** | Application to Replace Permanent Resident Card | Initial issuance or replacement | November 06, 2006 |
| **I-90** | Application to Replace Permanent Resident Card | 10-year renewal | January 04, 2006 |
| **I-90A** | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | 6 Months |
| **I-102** | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | 3 Months |
| **I-129** | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | May 14, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | May 14, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | May 14, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | 15 Days |
| **I-129** | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | 30 Days |
| **I-129** | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | May 14, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | L - Intracompany transfers | 30 Days |
| **I-129** | Petition for A Nonimmigrant Worker | Blanket L | May 14, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | O - Extraordinary ability | May 14, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | May 14, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | May 14, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | R - Religious occupation | May 14, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | May 14, 2006 |
| **I-131** | Application for Travel Document | Permanent resident applying for a re-entry permit | April 17, 2007 |
| **I-131** | Application for Travel Document | Refugee or aslyee applying for a refugee travel document | April 17, 2007 |
| **I-131** | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) principal applying for advance parole | June 14, 2007 |
| | | Haitian Refugee Immigrant Fairness Act | |

| I-131 | Application for Travel Document | (HRIFA) dependent applying for advance parole | December 15, 2006 |
|---|---|---|---|
| I-131 | Application for Travel Document | All other applicants for advance parole | June 14, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | October 20, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | January 01, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | December 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | October 26, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | January 01, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | August 03, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | November 15, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | October 20, 2006 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | 6 Months |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | 6 Months |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | December 21, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | October 01, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on refugee admission more than 1 year ago | August 01, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Haitian Refugee Immigrant Fairness Act (HRIFA) | March 16, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Indochinese Adjustment Act | 6 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | May 10, 2007 |
| | Application to Extend/Change | Extension of Stay for F or M academic or | |

| I-539 | Nonimmigrant Status | vocational students | May 10, 2007 |
|---|---|---|---|
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | May 10, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | January 07, 2007 |
| I-730 | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | August 25, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | December 22, 2006 |
| I-765 | Application for Employment Authorization | Based on an approved asylum application [(a)(5)] | 30 Days |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | 11 Weeks |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | 30 Days |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | June 14, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | 11 Weeks |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | 6 Months |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | December 22, 2006 |

[ Print This Page ]    [ Back ]

Home    Contact Us    Privacy Policy    Website Policies    NoFEAR    Freedom Of Information Act    FirstGov

U.S. Department of Homeland Security