SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| YANG LI, | ) | No. C 07-5299 JW |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | ANSWER TO COMPLAINT |
| | ) | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services, | ) ) ) ) ) ) | |
| | ) | |
|     Defendants. | ) ) | |

    Defendants hereby submit their answer to Plaintiff's Complaint for Writ in the Nature of Mandamus and Declaratory Judgment under 28 U.S.C. § 1361.

    1. Defendants admit the first sentence and deny the second sentence in Paragraph One.

**PARTIES**

    2. Defendants admit the allegations in Paragraph Two.

    3. Defendants admit the allegations in Paragraph Three.

    4. Defendants admit the allegations in Paragraph Four.

**JURISDICTION**

    5. Paragraph Five consists of plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary,

ANSWER
07-5299 JW

Defendants deny that this Court has jurisdiction under any of the provisions cited in Paragraph Seven.

**VENUE**

6. Paragraph Six consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required. To the extent a response is required, Defendants deny that venue is proper in this district.

**INTRADISTRICT ASSIGNMENT**

7. Paragraph Seven consists of Plaintiff's allegations regarding intradistrict assignment, to which no responsive pleading is required.

**EXHAUSTION OF REMEDIES**

8. Defendants deny the allegations in Paragraph Eight.

**CAUSE OF ACTION**

9. Defendants admit the allegations in Paragraph Nine.

10. Defendants are without sufficient information to admit or deny the allegations in Paragraph Ten, and on that basis, deny them.

11. Defendants are without sufficient information to admit or deny the allegations in Paragraph Eleven, and on that basis, deny them.

12. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twelve, and on that basis, deny them.

13. Defendants admit the allegations in Paragraph Thirteen.

14. Defendants are without sufficient information to admit or deny the allegations in Paragraph Fourteen, and on that basis, deny them.

15. Defendants are without sufficient information to admit or deny the allegations in Paragraph Fifteen, and on that basis, deny them.

16. Defendants are without sufficient information to admit or deny the allegations in Paragraph Sixteen, and on that basis, deny them.

17. Defendants are without sufficient information to admit or deny the allegations in Paragraph Seventeen, and on that basis, deny them.

18. Defendants are without sufficient information to admit or deny the allegations in Paragraph Eighteen, and on that basis, deny them.

19. Defendants are without sufficient information to admit or deny the allegations in Paragraph Nineteen, and on that basis, deny them.

20. Defendants admit the allegations in Paragraph Twenty.

21. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-One, and on that basis, deny them.

22. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Two, and on that basis, deny them.

23. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Three, and on that basis, deny them.

24. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Four, and on that basis, deny them.

25. Defendants deny the allegations in Paragraph Twenty-Five.

26. Defendants deny the allegations in Paragraph Twenty-Six.

27. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Seven, and on that basis, deny them.  Defendants aver that without the results of the background check, Plaintiff's admissibility cannot be assessed.

28. Defendants admit the allegations in Paragraph Twenty-Eight.

29. Defendants deny the allegations in Paragraph Twenty-Nine.

30. Defendants deny the allegations in Paragraph Thirty.

31. Defendants deny the allegations in Paragraph Thirty-One.

32. Defendants deny the allegations in Paragraph Thirty-Two.

33. Defendants deny the allegations in Paragraph Thirty-Three.

**PRAYER FOR RELIEF**

34. Paragraph Thirty-Four consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny these paragraphs.

**AFFIRMATIVE AND/OR OTHER DEFENSES**

All allegations not here before specifically admitted, denied, or modified are hereby denied. For further and separate answer, Defendants allege as follows:

FIRST DEFENSE

The Court lacks jurisdiction over the subject matter of this action

SECOND DEFENSE

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

THIRD DEFENSE

No acts or omissions by the United Stats or its employees were the proximate cause of any injury or damages to the Plaintiff.

FOURTH DEFENSE

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

FIFTH DEFENSE

The Defendants are processing the application referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: December 21, 2007                    Respectfully submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney


                                            _____/s/_____
                                            MELANIE L. PROCTOR
                                            Assistant U.S. Attorney
                                            Attorneys for Defendants