1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YANG LI, ) | No. C 07-5299 JW |
| Plaintiff, ) | |
| v. ) | |
| MICHAEL CHERTOFF, Secretary of the ) Department of Homeland Security; EMILIO ) T. GONZALEZ, Director of the United ) States Citizenship and Immigration ) Services, ) | STIPULATION TO DISMISS; PROPOSED ORDER |
| Defendants. ) | |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has adjudicated Plaintiff's application for adjustment of status.

///
///
///
///
///
///

STIPULATION TO DISMISS
C 07-5299 JW

1  Each of the parties shall bear their own costs and fees.

2

3  Dated: March 24, 2008                    Respectfully submitted,

4                                           JOSEPH P. RUSSONIELLO
                                            United States Attorney
5

6                                           _____/s/_____
                                            MELANIE L. PROCTOR[1]
7                                           Assistant United States Attorney
                                            Attorneys for Defendants
8
   Dated: March 21, 2008
9                                           _____/s/_____
                                            JUSTIN FOK
10                                          Attorney for Plaintiff

11                              **ORDER**

12      Pursuant to stipulation, IT IS SO ORDERED.  All pending deadlines are hereby

13 TERMINATED, and the Case Management Conference scheduled for June 2, 2008 is hereby

14 VACATED.  The Clerk shall close the file.

15
   Dated:                                   _____
16                                          JAMES WARE
                                            United States District Judge
17

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
C 07-5299 JW                        2