1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                                SAN JOSE DIVISION
11
   YANG LI,                              )    No. C 07-5299 JW
12                                       )
                     Plaintiff,          )
13                                       )
           v.                            )
14                                       )    STIPULATION TO DISMISS; PROPOSED
   MICHAEL CHERTOFF, Secretary of the    )    ORDER
15 Department of Homeland Security; EMILIO)
   T. GONZALEZ, Director of the United   )
16 States Citizenship and Immigration    )
   Services,                             )
17                                       )
                     Defendants.         )
18 _____)

19         Plaintiff, by and through her attorney of record, and Defendants, by and through their

20 attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismissal of the above-

21 entitled action without prejudice in light of the fact that the United States Citizenship and

22 Immigration Services has adjudicated Plaintiff's application for adjustment of status.

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION TO DISMISS
C 07-5299 JW

1 | Each of the parties shall bear their own costs and fees.

3 | Dated: March 24, 2008                              Respectfully submitted,

                                                      JOSEPH P. RUSSONIELLO
                                                      United States Attorney

                                                      _____/s/_____
                                                      MELANIE L. PROCTOR[1]
                                                      Assistant United States Attorney
                                                      Attorneys for Defendants

Dated: March 21, 2008
                                                      _____/s/_____
                                                      JUSTIN FOK
                                                      Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.  All pending deadlines are hereby TERMINATED, and the Case Management Conference scheduled for June 2, 2008 is hereby VACATED.  The Clerk shall close the file.

Dated:   March 28, 2008
                                                      _____
                                                      JAMES WARE
                                                      United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
C 07-5299 JW                                          2